■ UTICA MUTUAL INSURANCE COMPANY et al., Respondents, v ERIE INSURANCE COMPANY, Appellant. (Appeal No. 2.) [966 NYS2d 725]—Appeal from a judgment of the Supreme Court, Oneida County (David A. Murad, J.), entered June 27, 2012. The judgment awarded plaintiff Utica Mutual Insurance Company the sum of $260,803 against defendant.

It is hereby ordered that the judgment so appealed from is unanimously vacated without costs.

Same memorandum as in *Utica Mut. Ins. Co. v Erie Ins. Co.* (107 AD3d 1522 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Valentino and Martoche, JJ.